THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID E. BURNS, Appellant, v. C. CHESTER PAINTER et al., Composing the Town Board of the Town of Oyster Bay, Respondents.

*People ex rel. Burns* v. *Painter*, 128 App. Div. 69, affirmed.
(Argued February 12, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 9, 1908, which affirmed, on certiorari, a a determination of the defendants disallowing a claim of the relator against the town of Oyster Bay.

*Henry A. Uterhart* and *Alfred M. Schaffer* for appellant.

*Charles R. Weeks, Charles G. Hill* and *George B. Stoddart* for respondents.

Order affirmed, with costs, on opinion of WOODWARD, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.